IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 3:07cr19HTW-JCS

CRYSTAL CARTER

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismiss Counts 2 and 3 of the Criminal Indictment against the defendant, CRYSTAL CARTER, without prejudice.

DUNN LAMPTON
United States Attorney

By:   /s/ Glenda R. Haynes
      GLENDA R. HAYNES
      Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this _25th_ day of June, 2007.

_Henry T. Wingate_
CHIEF UNITED STATES DISTRICT JUDGE