IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                 CRIMINAL NO. 3:07cr19-HTW-JCS

CRYSTAL CARTER

---

### ORDER FOR RETURN OF BOND MONEY

THIS CAUSE is before the Court on movant Betty Carter's motion for disbursement of bond money. On January 9, 2007 the Court granted bond in the amount of $10,000 with a 10% deposit to the registry of the Court. The bond money was posted on that same day. The receipt reflects that the money was posted by Shadrick Carter. Movant, by notarized affidavit, certifies that the funds were delivered to the court by her son, Shadrick Carter, and that he claims no interest in the funds. She certifies that the money was paid from her personal funds, and that no part of the money is subject to a lien for attorney fees. There being no objection by the government or counsel, the Court concludes that the motion for disbursement of bond money should now be granted.

IT IS HEREBY ORDERED that the Clerk of Court disburse the sum of $1,000.00 to Betty Carter, 1070 Maria Drive, Jackson, MS 39204.

SO ORDERED, this the 22nd day of August, 2007.

                                                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE